**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00744-GPG

ZAVON NATHAN JORDAN,

    Plaintiff,

v.

PATRICK FIRMAN, Sheriff,
CHIEF COYLE, and
CHAPLAIN H. CANNON,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff filed a Motion to Compel the Un-Hindered Use of a Civil Legal Library or to have Counsel Appointed, ECF No. 7, on April 11, 2016, and a Letter, on April 20, 2016, that states he does not understand the Court's March 31, 2016 Order to Amend and is not able to obtain a proper form.

    Plaintiff's Motion to Compel, ECF No. 7, is denied.   The March 31 Order is clear and understandable; and the Order provides Plaintiff with sufficient direction to amend the Prisoner Complaint.   Plaintiff does not require, or is he entitled to unhindered access to a law library or counsel to comply with the March 31 Order.   The Clerk of the Court, however, is directed to send to Plaintiff a Court-approved Prisoner Complaint form for use in filing an amended prisoner complaint.

    Finally, Plaintiff shall have thirty days from the date of this Minute Order to comply with the March 31, 2016 Order to Amend.   No further extensions will be granted without just cause.

Dated:   April 21, 2016